# MCKIRDY AND RISKIN
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

136 SOUTH STREET
P.O. BOX 2379
MORRISTOWN, N.J. 07962-2379

(973) 539-8900
FAX (973) 984-5529
www.mckirdyriskin.com

May 12, 2009

VIA FAX 609-989-0435 ONLY

**Magistrate Judge Tonianne J. Bongiovanni**
U.S. Federal Courthouse
402 East State Street
Room 6052
Trenton, New Jersey 08608

RECEIVED
MAY 12 2009
AT 8:30 _____
WILLIAM T. WALSH
CLERK

Re:   *United States of America vs. 45 Acres of Land, et al.*
      *United States District Court Civil No: 07-cv-04253-FLW-TJB*
      **CONFIDENTIAL SETTLEMENT MEMO**
      **Our File No: 6760**

Dear Judge Bongiovanni:

This will confirm that Your Honor has rescheduled the *conference call* in the above matter to **Thursday, June 4, 2009, at 11:00 a.m.** This office will initiate the call.

Thank you for your attention in this regard, and should Your Honor require anything further, please do not hesitate to contact me.

Respectfully,

McKIRDY & RISKIN, P.A.

THOMAS OLSON

TO/mk
Cc:   Michael K. Baker, Esq. *(fax only)*

So Ordered this 12th day of May 20 09.

[signature]

F:/AAA M&R / scott parker LLC 6760 / corr/ bongiovanni 5-12-09